**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-00700**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | 155DSAXX | 2 | 97gwdqs |
| 3 | ABCUIJIAN | 4 | AddisonVeroni |
| 5 | adlieiosas | 6 | aihongtao255 |
| 7 | ait s | 8 | asdredfgyt |
| 9 | aspire earnestly | 10 | bless you see |
| 11 | BNanbn | 12 | caipinfenjin |
| 13 | Celesyan's World | 14 | changhengshoping |
| 15 | chenxizahuoxiaodian | 16 | Chspe |
| 17 | clynthia | 18 | Cober |
| 19 | Comfortaxe | 20 | daoyudijiu |
| 21 | DASNUDO NDUSG | 22 | daxiangjiao |
| 23 | dfvfghbbtr12 | 24 | dhuid9374 |
| 25 | diegutf | 26 | dikefg |
| 27 | DING DONG MAX | 28 | Dollershop |
| 29 | dreede | 30 | dyyfdee |
| 31 | Eglblui | 32 | EMQQst32 |
| 33 | Encounterstoree | 34 | euihf539 |
| 35 | fangfang198520 | 36 | faspish |
| 37 | fdhiehfye | 38 | fdthet ehhe |
| 39 | feierai | 40 | fengwenmamazhuang |
| 41 | Fire_World | 42 | First Bucket Gold |
| 43 | FishCatMo | 44 | fneyihf |
| 45 | GaoRong66 | 46 | GHJMNB |
| 47 | gorgeous hundred bags | 48 | guoping wang |
| 49 | gvgfb25g | 50 | hande |
| 51 | haniwu | 52 | Hao Zhang store |
| 53 | Happy cowboy | 54 | happyeverythings |
| 55 | hbfbhfb27 | 56 | heidyed |
| 57 | hejiepowl | 58 | heweiping |
| 59 | Heyiran | 60 | hfeinhy |
| 61 | hstyleone | 62 | huangyan455 |
| 63 | HuaYang Fashion | 64 | huizhang665 |
| 65 | HundredGrass | 66 | iitself |

| No. | Seller Aliases | No. | Seller Aliases |
|-----|----------------|-----|----------------|
| 67 | Integrity to you | 68 | JDfengyun |
| 69 | Jenmeni | 70 | jfmzstzzq |
| 71 | jianglian192458 | 72 | jiaojiao453 |
| 73 | JingJINGstoree | 74 | JINGJINGsweater |
| 75 | jingmeishizhuangpu | 76 | JJJKKKK |
| 77 | jldongmin652 | 78 | Jouone2019 |
| 79 | JOY Cozy room | 80 | jqj.fafafafafa |
| 81 | juhengyizu | 82 | JuliettJuPx |
| 83 | kanpohongcbutit | 84 | Karol57 |
| 85 | keyuQIUJI | 86 | kilpo |
| 87 | lang gsbubsh | 88 | lenbingqi |
| 89 | lffsister2019 | 90 | LI JIANGMING |
| 91 | lichuntao21683 | 92 | Life Actually |
| 93 | lijunjie20111 | 94 | Like brocade |
| 95 | Liqiang Stores | 96 | Liuliufu Jewelry Shop |
| 97 | liuyahe | 98 | liuzhaowei168 |
| 99 | liwanchanshop | 100 | luailan123 |
| 101 | LULUFNGJING | 102 | luohuanqiao |
| 103 | Lusakacs | 104 | Lyp147852369 |
| 105 | MerlemMuRaTLL | 106 | mesjsihs |
| 107 | MiaoBei | 108 | milomasson |
| 109 | mku  sdnjjh | 110 | mouchunfa545 |
| 111 | Msyq6 | 112 | nalilixiepu |
| 113 | nnccjjcddgh | 114 | od451fdg |
| 115 | OUQI | 116 | panpan4423 |
| 117 | Paper Crane | 118 | Persides Place |
| 119 | Playerday | 120 | q_linlin |
| 121 | qgyy45 | 122 | qhui mikh |
| 123 | qianjiajun | 124 | rerereqw |
| 125 | Richpower | 126 | rongdianpu |
| 127 | sereete | 128 | shankwhich |
| 129 | Shihua6550hh | 130 | shishangdabaozha |
| 131 | shiziduowangwang | 132 | Shy little frog |
| 133 | Sihai Electrical Appliances | 134 | Singerson oven |
| 135 | South Million | 136 | STUDY up clever |
| 137 | sunyiran | 138 | tangjuyan326 |
| 139 | tangnin | 140 | Tanman Mayun |
| 141 | Tengfei Communications Supplies | 142 | The silk of the Sorceress of the sand |
| 143 | top one order | 144 | TSJDSJI |
| 145 | tuxiaomei.shoes | 146 | udhdgud7273 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 147 | VTMCZZX037 | 148 | waibian |
| 149 | Wang Xuyang's Watch | 150 | wangjuanko |
| 151 | wefrfcfghjy | 152 | weiqianqian123 |
| 153 | welcome a you | 154 | WhiteRdse |
| 155 | Wilkstoree | 156 | woyouqian |
| 157 | xBabyface | 158 | xiamen aj |
| 159 | Xiang Wen boiler accessories shop | 160 | Xiangyi Fruit |
| 161 | xianyubaicai81 | 162 | xianyubaicai92 |
| 163 | xiejian8 | 164 | xinju |
| 165 | xixi1314520 | 166 | Xpose |
| 167 | yal001 | 168 | Yangfashionstore88 |
| 169 | yangtingting89 | 170 | yangxiaolin111 |
| 171 | yanjd552 | 172 | yanzisichouweijinwu |
| 173 | ydienw | 174 | yehdh4 |
| 175 | yiehiy | 176 | yinliang84312 |
| 177 | yuyiujn | 178 | yzx home shoes |
| 179 | zengxiaoxueshop | 180 | zhanglingyaoyang |
| 181 | zhangzhiquan | 182 | zhaowenyana |
| 183 | zhaozhouhua | 184 | zhihuia |
| 185 | zhouqiangL | 186 | zhouruoyi |
| 187 | zhoy28 | 188 | zhujinjiang |
| 189 | ZHY HUIYI | 190 | zumenghuaibi |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | wish.com/merchant/5d59227a560eca423fefcec5 | 2 | wish.com/merchant/5d5b5142ae9d605a26fc5072 |
| 3 | wish.com/merchant/5d4128b98388977ccef3ffc8 | 4 | wish.com/merchant/5d43bb490ff7f939c2cd7af1 |
| 5 | wish.com/merchant/5b46d13bd5dbc2015e3ba3c2 | 6 | wish.com/merchant/5d3eb0d8e13a7e1619f35c0e |
| 7 | wish.com/merchant/5d50a22c1527542c48ad4f50 | 8 | wish.com/merchant/5d4f8fca83889759c0e69042 |
| 9 | wish.com/merchant/5afa96b88699ce112aed6e6e | 10 | wish.com/merchant/5d42b5438388970d2029dc77 |
| 11 | wish.com/merchant/5d410725e13a7e0d30f64bca | 12 | wish.com/merchant/5daac5a569ce751400f66dd6 |
| 13 | wish.com/merchant/5d49377d72b0c94bf4bb0848 | 14 | wish.com/merchant/5af917bd8699ce11acdd58a8 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 15 | wish.com/merchant/5b42d5ecf643201f37c8dab9 | 16 | wish.com/merchant/5d045934af95e95f8f7a4797 |
| 17 | wish.com/merchant/5b8b48c29996c8781a9bb006 | 18 | wish.com/merchant/5d5436f53db43e0fd0f3eb10 |
| 19 | wish.com/merchant/5d613d8d560eca466e637a1e | 20 | wish.com/merchant/5d80e8858c8dc73436ca2159 |
| 21 | wish.com/merchant/5d526b011d9a8e279f3ca2e9 | 22 | wish.com/merchant/5b07db352c3c1d1873d094b9 |
| 23 | wish.com/merchant/5d4d0173b97c25744fcd4135 | 24 | wish.com/merchant/5d40049b70327a2840693922 |
| 25 | wish.com/merchant/5d3e40f083889766a20cff29 | 26 | wish.com/merchant/5b84e6546cff997cdb4f8ba7 |
| 27 | wish.com/merchant/5d428ee670327a66411f1556 | 28 | wish.com/merchant/5d3b0c45838897247528d1e9 |
| 29 | wish.com/merchant/5d8c5a082888352cdc1e723f | 30 | wish.com/merchant/5b20d275eae8b474b434f102 |
| 31 | wish.com/merchant/5b6d57d1838d931212594072 | 32 | wish.com/merchant/5b04e06d8b8be95c572225d5 |
| 33 | wish.com/merchant/5d786a41a28c256316921fb1 | 34 | wish.com/merchant/5d5b4248560eca1b894275c8 |
| 35 | wish.com/merchant/5d48478260b94d137db1b7e4 | 36 | wish.com/merchant/5d1b52a1ff165602e2c1fafe |
| 37 | wish.com/merchant/5d4025e170327a3f9f68d7f2 | 38 | wish.com/merchant/5d511bb41527543640aece46 |
| 39 | wish.com/merchant/5b091546c721a963705effd9 | 40 | wish.com/merchant/5b32f0cc2466cf19dc813dfc |
| 41 | wish.com/merchant/5cea52d20a283f1bdf7baabd | 42 | wish.com/merchant/5d3fe372fe55c8636cd96e75 |
| 43 | wish.com/merchant/5d42ba76e13a7e731ead3d38 | 44 | wish.com/merchant/5d3dcbdee13a7e3f4cf35ca4 |
| 45 | wish.com/merchant/5d3be48e0ff7f918ae8c4e5f | 46 | wish.com/merchant/5d40ea4f17ce4654b1806444 |
| 47 | wish.com/merchant/5b9227350757f11c4c1ce92d | 48 | wish.com/merchant/5b3731c9f8adb22c6378feeb |
| 49 | wish.com/merchant/5d5b47a7ae9d605477fc531a | 50 | wish.com/merchant/5d5be4c3283abc4e834b1261 |
| 51 | wish.com/merchant/5d3c2cf1ab0c792d90a5922b | 52 | wish.com/merchant/5d4ce7381d9a8e6df8e62e0b |
| 53 | wish.com/merchant/58bfe3009148fb56cfe9f520 | 54 | wish.com/merchant/5d47b5a74c78555e9eab85c8 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 55 | wish.com/merchant/5d5b526688515131326307b88b | 56 | wish.com/merchant/5d41b25cf933e755d84ddd63 |
| 57 | wish.com/merchant/5d40ff4517ce465f4280644d | 58 | wish.com/merchant/59536cf0d4cc34708c7eedce |
| 59 | wish.com/merchant/5b370ee3f8adb224db78c822 | 60 | wish.com/merchant/5d41a99ce4b65d729c0cf53d |
| 61 | wish.com/merchant/5d54ec8a5f3e1e2d4030cbee | 62 | wish.com/merchant/5d3fc7f1e13a7e3f41bf568f |
| 63 | wish.com/merchant/5d43ac78e13a7e4743e3f44d | 64 | wish.com/merchant/5a1fe97e518c1c4388845a76 |
| 65 | wish.com/merchant/5b0e0ebd7e43f236f20305ff | 66 | wish.com/merchant/5d51fc9b7edfad1efc5e98fa |
| 67 | wish.com/merchant/5b4f56635d643e76a537c2da | 68 | wish.com/merchant/5b309a7b7752c80a7f7259fb |
| 69 | wish.com/merchant/5ca806645448bf3144ac523a | 70 | wish.com/merchant/5af54a8047ea631b522c501c |
| 71 | wish.com/merchant/5b3c5b4a1c89532b06b19e5b | 72 | wish.com/merchant/5d3e7353e13a7e7cb0f35d2a |
| 73 | wish.com/merchant/5d4ced6b1d9a8e6e4ae64810 | 74 | wish.com/merchant/5d724d9a51da4f7080471f79 |
| 75 | wish.com/merchant/5d4e253c7edfad0d860a6755 | 76 | wish.com/merchant/5d58d147560eca427bef3d38 |
| 77 | wish.com/merchant/5d45abbd70327a5df4ef272c | 78 | wish.com/merchant/5c48b33e5afa243331e476c2 |
| 79 | wish.com/merchant/5b93898dec02bd5f8108ee9f | 80 | wish.com/merchant/5d42b93ae4b65d2bb4bfb159 |
| 81 | wish.com/merchant/5d8b607ea1309453ac7dff3b | 82 | wish.com/merchant/5d4065a070327a572568d7f0 |
| 83 | wish.com/merchant/5d4cdb507ad24229c1abfa7a | 84 | wish.com/merchant/5d7e64041c4dc670c21a6312 |
| 85 | wish.com/merchant/5d70f33bf9cef618614e411f | 86 | wish.com/merchant/5d8074a8878b586346f7d2b3 |
| 87 | wish.com/merchant/5d4126f98388977c4cf3fd2e | 88 | wish.com/merchant/5bae111753f7835980a3d09a |
| 89 | wish.com/merchant/5d4d05d4933fb113da85e11b | 90 | wish.com/merchant/5d6cdfafc13f584173b32aca |
| 91 | wish.com/merchant/5d4003e2e13a7e61a6bf019e | 92 | wish.com/merchant/5d81a0022888357edae2b3c9 |
| 93 | wish.com/merchant/5d3e830de13a7e0344f35e9f | 94 | wish.com/merchant/5d3f905870327a06fe68d8f0 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 95 | wish.com/merchant/5b4ae657d5dbc25963e211b1 | 96 | wish.com/merchant/5d4bd421933fb153a5204aa9 |
| 97 | wish.com/merchant/5da7161c73396300c061921a | 98 | wish.com/merchant/5d710a4025da6b5819a542fe |
| 99 | wish.com/merchant/5d84ab0728883532f1d9eba9 | 100 | wish.com/merchant/5d4a99068388973a59bac50e |
| 101 | wish.com/merchant/5d7395cf1c4dc6539069dcd7 | 102 | wish.com/merchant/5affcaa2e6b6cb71b6441c1e |
| 103 | wish.com/merchant/5d3fa2ac25e4ec377682323e | 104 | wish.com/merchant/5b8790f9882a262c33fc43b3 |
| 105 | wish.com/merchant/5d459c094c785514e2ab84fe | 106 | wish.com/merchant/5d54f6803cc46d7132a0b9e8 |
| 107 | wish.com/merchant/5c2dffa6b24cfd305ec6f328 | 108 | wish.com/merchant/5d806e63878b586123f7cda9 |
| 109 | wish.com/merchant/5d4f8fce1527544072ad4efa | 110 | wish.com/merchant/5d3e9db983889708690d1239 |
| 111 | wish.com/merchant/5b2370d3eae8b4558d993cd1 | 112 | wish.com/merchant/5d4d0cea933fb1165a85e49d |
| 113 | wish.com/merchant/5d4fdaca933fb15781b91420 | 114 | wish.com/merchant/5d5b4e0b40defd57236a1694 |
| 115 | wish.com/merchant/5d0cb417af30d768d2454aba | 116 | wish.com/merchant/5d3e7805e13a7e7e04f35ca9 |
| 117 | wish.com/merchant/5b0fad126b930229ad6b81ac | 118 | wish.com/merchant/5d1ce764dbf7600b03207bcd |
| 119 | wish.com/merchant/5b3b507bd3db3217fedf036e | 120 | wish.com/merchant/5d5630be0ed6963dc0876317 |
| 121 | wish.com/merchant/5d5596fe40defd2600adb399 | 122 | wish.com/merchant/5d4e9865933fb15781b79270 |
| 123 | wish.com/merchant/5d5a6d77283abc49170d2ef6 | 124 | wish.com/merchant/5d412750fe55c81e2ce29866 |
| 125 | wish.com/merchant/5d581dd81d8629668043cac7 | 126 | wish.com/merchant/5b85f13733c67416efc5f1f8 |
| 127 | wish.com/merchant/5d7dc0f33f0bbc6212ebf1ff | 128 | wish.com/merchant/5d4fb6ee3db43e1e8a7ef600 |
| 129 | wish.com/merchant/5af6959e5ccdca6a252e2b55 | 130 | wish.com/merchant/5b07d56a7752c81c142918d3 |
| 131 | wish.com/merchant/5d42aa7e70327a79201ec71a | 132 | wish.com/merchant/5d526eb515275431475fded1 |
| 133 | wish.com/merchant/5d43c25870327a66cd67a083 | 134 | wish.com/merchant/5d8334088c8dc72099f7b28c |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 135 | wish.com/merchant/5d6242e240defd78dd888157 | 136 | wish.com/merchant/5b14ade2012875034425940a |
| 137 | wish.com/merchant/5b598d9474437156cabf8b64 | 138 | wish.com/merchant/5d3bf6bd72b0c9280f1ea432 |
| 139 | wish.com/merchant/5d565c3427367823986de05a | 140 | wish.com/merchant/5d3ed635e4b65d48a01e7491 |
| 141 | wish.com/merchant/5d4b9a157ad24227d746db79 | 142 | wish.com/merchant/5b3b2db43cb6361f9783c6cd |
| 143 | wish.com/merchant/5d5107ec8388976b7be69462 | 144 | wish.com/merchant/5d3eb691e4b65d3d3a1e7417 |
| 145 | wish.com/merchant/5d43a2060ff7f94893ccc3aa | 146 | wish.com/merchant/5b6a4cbdc671ee15980bfd1f |
| 147 | wish.com/merchant/5b1e6129d1c360432e1e5883 | 148 | wish.com/merchant/5b9b990f1d05e55910774c40 |
| 149 | wish.com/merchant/5b64049a7f86da7bc2e1d41e | 150 | wish.com/merchant/5b18d33643b3b62a0b9d87b6 |
| 151 | wish.com/merchant/5af286f53129a417c9555135 | 152 | wish.com/merchant/5b8788d46cff990e9586e565 |
| 153 | wish.com/merchant/5d4fb9c0152754504dad4ebb | 154 | wish.com/merchant/5b1c954e64266218d41c5518 |
| 155 | wish.com/merchant/5d7875299852763e42f72079 | 156 | wish.com/merchant/5af969e03beec129ece33b51 |
| 157 | wish.com/merchant/5d6212c32736785fd1ad696e | 158 | wish.com/merchant/5d41629170327a29ff0185c5 |
| 159 | wish.com/merchant/5b1e357adaac452020eb9084 | 160 | wish.com/merchant/5d54121a40defd024747428c |
| 161 | wish.com/merchant/5d57c18ccf65032018311d79 | 162 | wish.com/merchant/5d5b6ce3560eca285242a1ec |
| 163 | wish.com/merchant/5b061d3f80e9f71979229874 | 164 | wish.com/merchant/5b8a11236cff99190a423838 |
| 165 | wish.com/merchant/5d5237091d9a8e14d3d338b3 | 166 | wish.com/merchant/5d67754d4adcfd4e46b23783 |
| 167 | wish.com/merchant/5b0673595920690956e59dc8 | 168 | wish.com/merchant/5d671f6c4adcfd250bb26657 |
| 169 | wish.com/merchant/5af6eeb3542f71475fbe8bcb | 170 | wish.com/merchant/5d42773ee4b65d2765be860c |
| 171 | wish.com/merchant/5d4121788388976fc0f451d0 | 172 | wish.com/merchant/5d4fb2307ad2425cb6f72015 |
| 173 | wish.com/merchant/5b7bda28566df114846194a3 | 174 | wish.com/merchant/5d3d68c30ff7f92c8c8c4e9d |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 175 | wish.com/merchant/5d3dbfd170327a51fdfcd684 | 176 | wish.com/merchant/5af561ed7824ca4013511b67 |
| 177 | wish.com/merchant/5d5a803cae9d6003d31e4b60 | 178 | wish.com/merchant/5d6fae0223f3fd744175d4d0 |
| 179 | wish.com/merchant/5d78b2dc8c8dc70e4329c3ca | 180 | wish.com/merchant/5afbc4c48699ce6f58466366 |
| 181 | wish.com/merchant/5afe411d64e7ab1ba8e70bdf | 182 | wish.com/merchant/5d4fdc278388977816e6906a |
| 183 | wish.com/merchant/5b1799387b94e17c0d0b8401 | 184 | wish.com/merchant/5d426ef370327a61561ec62f |
| 185 | wish.com/merchant/5b3b3acfd3db32179bded1f7 | 186 | wish.com/merchant/5d3ab7fbab0c79718264134b |
| 187 | wish.com/merchant/5d558365a7c3733e404ec28d | 188 | wish.com/merchant/5d3e39470ff7f97a698c4e99 |
| 189 | wish.com/merchant/5d4fa9fb1527544a0ead521c | 190 | wish.com/merchant/5da80fff9ce6e7130416017a |